# IN THE SUPREME COURT OF TENNESSEE
## AT KNOXVILLE
### January 5, 2011 Session

# TIMMY SYKES ET AL. v. CHATTANOOGA HOUSING AUTHORITY
## ET AL.

**Appeal by Permission from the Court of Appeals, Eastern Section**
**Circuit Court for Hamilton County**
**No. 05C556     W. Jeffrey Hollingsworth, Judge**

---

**No. E2008-00525-SC-R11-CV - Filed June 24, 2011**

---

WILLIAM C. KOCH, JR., J., concurring.

The Court has reached a result in this case that is consistent with *Kinsler v. Berkline, LLC*, 320 S.W.3d 796 (Tenn. 2010) and *Gossett v. Tractor Supply Co.*, 320 S.W.3d 777 (Tenn. 2010).  However, as reflected in Chief Justice Clark's separate opinions in both *Kinsler* and *Gossett*, I continue to believe that abandoning the *McDonnell Douglas Corp. v. Green*, 411 U.S. 792 (1973) framework that had served Tennessee's courts well for many years in both Whistleblower Act claims and claims under the Tennessee Human Rights Act was a mistake.

_____
WILLIAM C. KOCH, JR., JUSTICE